**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DELORES TAYLOR,** | ) | **CASE NO.1:09CV796** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **THE CLEVELAND CLINIC,** | ) | **ORDER OF REMAND** |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

Upon agreement of the parties and the Court this case is remanded back to Lorain County Court of Common Pleas as this Court lacks subject matter jurisdiction over the Complaint.

IT IS SO ORDERED.

                                                  S/Christopher A. Boyko
                                                  CHRISTOPHER A. BOYKO
                                                  United States District Judge

April 30, 2009